COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Yogurt Culture, Inc. and Michelle Anderssen v. Shannon A. Lang, PLLC

Appellate case number:   01-19-00414-CV

Trial court case number:  1103656

Trial court:                    County Civil Court at Law No. 1 of Harris County

This appeal is stayed pursuant to the Notice of Bankruptcy, filed on July 12, 2019, advising this Court that appellant, Michelle Marie Anderssen f/k/a Michelle Valencia Anderssen filed a petition for bankruptcy under Chapter 13 of the Bankruptcy Code on August 5, 2019 in Case No. 18-37347 in the United States Bankruptcy Court for the Southern District of Texas. *See* 11 U.S.C. § 362 (automatic stay in bankruptcy).

Until the parties notify this Court that the bankruptcy cases have been concluded and move to reinstate the case, the Court will take no further action other than to receive and hold any documents tendered during the period of suspension. *See* TEX. R. APP. P. 8.2.

Unless a party successfully moves to reinstate or sever, this appeal will be an inactive case on the Court's docket.  *See* TEX. R. APP. P. 8.3.

It is so ORDERED.


Judge's signature: ___/s/ Justice Peter Kelly_____
                              ☑ Acting individually      ☐ Acting for the Court


Date:   ___August 22, 2019___